AO 91 (Rev 8/01) Criminal Complaint

# United States District Court

__SOUTHERN__ DISTRICT OF __TEXAS__

McALLEN DIVISION

UNITED STATES OF AMERICA
V.
Anthony Emanuel Ajeataz-Yat

IAE   YOB: 1986
Guatemala

United States District Court
Southern District of Texas
FILED

DEC 0 9 2024

Nathan Ochsner, Clerk

**CRIMINAL COMPLAINT**

Case Number: M-24-2180-M

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.

On or about __December 8, 2024__ in __Hidalgo__ County, in the __Southern__ District of __Texas__

The Defendant being then and there an alien who had previously been deported from the United States to Guatemala in pursuance of law, and thereafter was found near La Joya, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the Defendant for admission into the United States;

in violation of Title __8__ United States Code, Section(s) __1326__ {Felony}.
I further state that I am a(n) __Border Patrol Agent__ and that this complaint is based on the following facts:

Anthony Emanuel Ajeataz-Yat was encountered by Border Patrol Agents near La Joya, Texas, on December 8, 2024. The investigating agent established that the Defendant was an undocumented alien and requested record checks. The Defendant claims to have illegally entered the United States on December 8, 2024, near Hidalgo, Texas. Record checks revealed the Defendant was formally Deported/Excluded from the United States on December 7, 2023, through El Paso, Texas. Prior to Deportation/Exclusion, the Defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security.

Continued on the attached sheet and made a part of this complaint: ☐ Yes ☒ No

Complaint authorized by AUSA A. Parcell
Submitted by reliable electronic means, sworn to and attested telephonically per Fed. R. Cr.P.4.1, and probable cause found on:

December 9, 2024   7:41am

/s/ Juan Mendez-Soto
Signature of Complainant
Juan Mendez-Soto   Border Patrol Agent

Juan F. Alanis , U.S. Magistrate Judge
Name and Title of Judicial Officer
Signature of Judicial Officer